ACCEPTED
14-14-00808-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:46:20 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2006-47105

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| **STEVEN ARD, and** | § | **311ᵗʰ JUDICIAL DISTRICT** |
| **MARSHA ARD-PHILLIPS** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 1:46:20 PM
CHRISTOPHER A. PRINE
Clerk

### Requested Stipulation and Production of Copy of Court Order

To: Petitioner. Steven Ard by and through his attorney of record, Mr. Allan A. Cease. phone (281) 980-0909 at 56 Sugar Creek Center Blvd., Suite 300, Sugar Land. TX 77478. fax (281) 980-1069.

On July 27, 2009 the Jury issued a unanimous verdict on the jury trial. Judge Robert Hinohosa of the 312ᵗʰ Judicial District court signed an Order confirming the jury's verdict. The attorneys of record at that time, Ms. Lynn Kamin and Mr. Allan Cease obtained signed copies of the Order.

Respondent has previously requested a copy of the Order from Petitioner. Attached to this Request is a copy of the 2 e-mails sent to Petitioner that went unanswered. Respondent renews her request for a copy of the Order by June 15, 2015 or the stipulation to the existence of the Order.

Respectfully submitted,
/s/ Marsha Phillips
**Marsha Phillips, pro se**
**State Bar No.: 00789548**
**12407 Mopac Expwy N**
**Suite # 250-210**
**Austin, TX 78758-2475**
**Phone (512) 520-5990**
**Fax (866) 519-3974**

### Certificate of Service

I certify that a true copy of the Request for Production of Copy of Court Document from Petitioner was served on Mr. Allan A. Cease. phone (281) 980-0909 at 56 Sugar Creek Center Blvd. Suite 300. Sugar Land, TX 77478, via e-filing, attorney of record for party Steve Ard in accordance with the Texas Rules of Civil Procedure on June 8, 2015.

/s/Marsha Phillips

### Certificate of Conference

I conferred with Mr. Cease on May 18, 2015, and have attempted in good faith to reach an agreement about obtaining a copy of the Order or the stipulation to the existence of the Order without the need for court intervention. We were unable to reach an agreement as Mr. Cease will not respond.

/s/Marsha Phillips